## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing has been served to Counsel for Defendants at: Marianne Pressmant #0059512, 441 Vine Street, 1600 Carew Tower, Cincinnati, Ohio, 45202 this 6th day of August 2003 by regular U.S. Mail.

/s/ *David Billups*
David Billups

Ex. A