

David Philips
Box 7010-211903
Chillicothe, Ohio 45601

Marianne Presoman #0059512
441 Vine Street, 1600 Carew Tower
Cincinnati, Ohio 45202

45202/2608



Ex. B