UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **DAVID BILLUPS,** | : | Case No. C-1-01-377 |
| Plaintiff, | : | |
| v. | : | JUDGE SPIEGEL |
| | : | MAGISTRATE JUDGE HOGAN |
| **JAMES MCWEENEY, et al.,** | : | |
| Defendants. | : | |

### NOTICE OF MANUAL FILING

Please take notice that Defendants have manually filed Exhibits A through M, to Defendants' Motion for Summary Judgment. This Notice has been manually served on all parties.

Respectfully submitted,

JIM PETRO
Attorney General of Ohio


s/ MARIANNE PRESSMAN
MARIANNE PRESSMAN (0059512)
Assistant Attorney General
Corrections Litigation Section
1600 Carew Tower, 441 Vine Street
Cincinnati, Ohio 45202-2809
(513) 852-3497
E-Mail: mpressman@ag.state.oh.us

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was forwarded to Plaintiff, David Billups, #211-903, Ross Correctional Institution, P.O. Box 7010, Chillicothe, Ohio 45601, by regular U.S. mail on this 21st day of November, 2003.

s/ MARIANNE PRESSMAN
MARIANNE PRESSMAN (0059512)
Assistant Attorney General
Corrections Litigation Section