UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **DAVID BILLUPS,** | : | Case No. C-1-01-377 |
| Plaintiff, | : | |
| v. | : | JUDGE SPIEGEL |
| | : | MAGISTRATE JUDGE HOGAN |
| **JAMES MCWEENEY, et al.,** | : | |
| Defendants. | : | |

### NOTICE OF MANUAL FILING

Please take notice that Defendants have manually filed Exhibits A through G, to Defendant Audrey Young's Supplementary Objection to the Magistrate's Report and Recommendation. This Notice has been manually served on all parties.

Respectfully submitted,

JIM PETRO
Attorney General of Ohio

s/ MARIANNE PRESSMAN
MARIANNE PRESSMAN (0059512)
Assistant Attorney General
Corrections Litigation Section
1600 Carew Tower, 441 Vine Street
Cincinnati, Ohio 45202-2809
(513) 852-3497
E-Mail: mpressman@ag.state.oh.us

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was forwarded to Plaintiff, David Billups, #211-903, Ross Correctional Institution, P.O. Box 7010, Chillicothe, Ohio 45601, by regular U.S. mail on this 24th day of November, 2003.

s/ MARIANNE PRESSMAN
MARIANNE PRESSMAN (0059512)
Assistant Attorney General
Corrections Litigation Section