K4-75

# SOUTHERN OHIO CORRECTIONAL FACILITY

## INTER-OFFICE COMMUNICATION

TO: *Billups 211-903*

FROM: INMATE HEALTH SERVICES

SUBJECT: MEDICAL TRIPS

DATE: *5-9-01*

PLEASE BE ADVISED THAT YOU ARE SCHEDULED FOR A MEDICAL APPOINTMENT FOR A TEST OR EXAM BY A SPECIALIST FROM OSU HOSPITAL.

I AM AWARE THAT THE PHYSICIAN AT SOUTHERN OHIO CORRECTIONAL FACILITY HAS DEEMED IT NECESSARY THAT FURTHER TESTING OR EXAM IS NEEDED TO EVALUATE MY MEDICAL CONDITION.

TYPE OF TEST OR EXAM TO BE SCHEDULED *OSU Childrens Hospital F/U*

_____ YES, I WANT TO BE SCHEDULED.

✓ NO, I DO NOT WISH TO BE SCHEDULED.   *Reschedule D.S.*

 IF YOUR ANSWER IS NOT, YOU MUST SIGN AN AMA. IF YOU AGREE TO GO NOW, AND REFUSE THE DAY OF THE TREATMENT YOU WILL RECEIVE A TICKET PER SECURITY.

INMATE NAME *[signature]*

INMATE NUMBER *211903*

WITNESS *[signature] Stiner*

Revised 09/2000

EXHIBIT "A"