| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Tom Hatfield* ☒ Agent ☐ Addressee<br>B. Received by (*Printed Name*): TOM HATFIELD   C. Date of Delivery: 1-2-04 |
| 1. Article Addressed to:<br><br>DAVID BILLUPS<br>211-903<br>ROSS CORR. INST.<br>P.O. BOX 7010<br>CHILLICOTHE, OH 45601 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>   (*Transfer from service label*) | 7001 2510 0008 6349 5702 |
| PS Form 3811, August 2001   Domestic Return Receipt | 102595-01-M-2509 |

1:01cv377 #133