```
                UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF OHIO
                        WESTERN DIVISION
```

DAVID BILLUPS,
   PLAINTIFF,

-vs-                                    CASE NO. C-1-01-377
                                          JUDGE SPIEGEL
JAMES McWEENEY, ET AL.,        MAGISTRATE JUDGE HOGAN
   DEFENDANTS.      /

PLAINTIFF'S TRAVERSE IN OPPOSITION TO DEFENDANTS'
REPLY TO PLAINTIFF'S OPPOSITION TO
DEFENDANT OBREGON'S MOTION FOR SUMMARY JUDGMENT

POINT I

    Defendants state on Page 1 Plaintiff "... would not be exposed to a smoking cellmate. Furthermore, all cells at SOCF contain a window, which reduce the levels of smoke."(sic)
    Defendants fail to point out the following facts:
1. The cells at SOCF are approximately 6' apart or the width of a cinderblock.

2. All windows are closed during cold weather, winter months, and inclement weather, i.e., rain.

3. There is no ventilation in the cells.

    As thus, with over 90% of the 80 people in the cellblock whom smoke, it is as if Plaintiff did have a cellmate whom smokes given the fact of the close proximity of the cells and no ventilation.

POINT II

    As Plaintiff submitted with his Opposition Motion as Exhibit "A", Plaintiff did not refuse his May 2001 medical round trip, only asked it be rescheduled due to an attorney phone conference.

## CONCLUSIONS

For the foregoing reasons, Plaintiff asserts Defendant Obregon's Summary Judgment Motion should be denied.

Respectfully Submitted,

/s/ David Billups
David Billups
P.O. Box 7010-211903
Chillicothe, Ohio
45601

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing has been served to Counsel for Defendants at: Marianne Pressman#0059512, 1600 Carew Tower, 441 Vine Street, Cincinnati, Ohio 45202 this 26th dya of December 2003 by regular U.S. Mail.

/s/ David Billups
David Billups