UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DAVID BILLUPS,
PLAINTIFF

-vs-

JAMES McWEENEY, ET AL.,
DEFENDANTS.

CASE NO. C-1-01-377
JUDGE SPIEGEL
MAGISTRATE JUDGE HOGAN

### NOTICE OF APPEAL

Notice is hereby given that David Billups, Plaintiff in the above entitled matter, appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered in this action on December 30, 2003.

Date: 1.3.04

Respectfully Submitted,

/s/ David Billups
David Billups
P.O. Box 7010-211903
Chillicothe, Ohio 45601

### CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing has been served to Counsel for Defendants at: Marianne Pressman#0059512, 441 Vine Street, Cincinnati, Ohio 45202 this 4th day of January 2004 by regular U.S. Mail.

/s/ David Billups
David Billups

-1-