**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: DAVID BILLUPS #211-903
Street, Apt. No.; or PO Box No.: ROSS CORRECTIONAL INST. P.O. BX 7010
City, State, ZIP+4: CHILLICOTHE, OH 45601

7003 1680 0000 0330 3644