

- Sender: Please print your name, address, and ZIP+4 in this box •

OFFICE OF THE CLERK
U.S. DISTRICT COURT
Rm. 326, U.S. Courthouse
5th & Walnut Streets
Cincinnati, Ohio 45202

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_   ☒ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery: 1-16-04 |
| 1. Article Addressed to:<br><br>DAVID BILLUPS #211-903<br>ROSS CORRECTIONAL INST.<br>P.O. BX 7010<br>CHILLICOTHE, OH 45601<br><br>1:01CV377 DOC.#141  SL | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7003 1680 0000 0330 3644 |
| PS Form 3811, August 2001 | Domestic Return Receipt   102595-02-M-1540 |