UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

```
DAVID BILLUPS,
    PLAINTIFF,

    -vs-                          CASE NO.  C-1-01-377
                                  JUDGE SPIEGEL
JAMES McWEENEY, ET AL.,           MAGISTRATE JUDGE HOGAN
    DEFENDANTS.
```

FILED
JAMES BONINI
CLERK

2004 JAN 22 PM 1:06

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

## MOTION TO WITHDRAW
## THE NOTICE OF APPEAL

Plaintiff, David Billups, moves this Court to withdraw the Notice of Appeal as it is filed prematurely.

### POINT I

There are several Motions left to be decied in this case. Further, the Summary Judgment Motion as to Defendant Obregon has yet to be decided.

As there has yet to be a final judgment deposing of this entire case, Plaintiff's Notice of Appeal is filed prematurely and should be withdrawn and filed at the appropriate time.

Respectfully Submitted,

/s/ [signature]
David Billups,
P.O. Box 7010-211903
Chillicothe, Ohio  45601

### CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing has been served to Coounsel for Defendants at:  Marianne Pressman#0059512, 441 Vine Street, Cincinnati, Ohio 45202 this 19th day of January 2004 by regular U.S. Mail.

/s/ [signature]
David Billups

-1-