## Personal A/C Withdrawal
## Check Out-Slip

| Dollars: | Cents: |
|---|---|
| 0 | 46 |

| Institution: | Date: |
|---|---|
| Ross | 1.6.03 |

| Name: |
|---|
| US District Court |

| Address: |
|---|
| Won. Dev, Southern District of Ohio |

| City: | State: | Zip Code: |
|---|---|---|
| Cincinnati | Ohio | 45202-3988 |

☒ Postage    ☐ Copies    ☐ ID    ☐ Misc. _____    ☐ Check-out CK # _____

The inmate's signature on this withdrawal request verifies that the information listed above has been read to or by the inmate and is correct. In the event of an error in the address which results in the return of this package, the inmate shall assume financial responsibility.

| Inmate's Signature: | Number: | Block & Cell Number: |
|---|---|---|
| Billups | 211903 | 6A.139 |
| Approved By: | Witnessed: | |
| St. M S M | 19 | |

| Ship VIA: | Date Processed: |
|---|---|
| | |

DRC 1004 (Rev. 3/01)    DISTRIBUTION:    WHITE - Cashier    CANARY- Inmate    Pink- _____    ACA 4046

Billups
Box 7010-211903  6 A
Chillecothe, Ohio
45601

United States District

A ☐ INSUFFICIENT ADDRESS
C ● ATTEMPTED NOT KNOWN    ☐ OTHER
S ☐ NO SUCH NUMBER/ STREET
  ☐ NOT DELIVERABLE AS ADDRESSED
  - UNABLE TO FORWARD

**RTS**
RETURN TO SENDER

Exhibit "A"