UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BONINI
CLERK

2004 FEB 11  PM 3:28

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

DAVID BILLUPS,
   PLAINTIFF,

-vs-

JAMES McWEENEY, ET AL.,
   DEFENDANTS.

CASE NO.  C-1-01-377
JUDGE SPIEGEL
MAGISTRATE JUDGE HOGAN

## MOTION FOR EXTENSION OF TIME

Plaintiff, David Billups, moves this Court for an extension of time up to June 1, 2004 to submit the in forma paperus financial statement. First, the prison Cashier has yet to provide Plaintiff with a copy of his past six month account statement. Second, Plaintiff has filed a Motion to Withdraw his Notice of Appela because it was filed prematurely.

Respectfully Submitted,

/s/ David Billups
David Billups
P.O. Box 7010-211903
Chillicothe, Ohio 45601

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing has been served to Counsel for Defendants at: Marianne Pressman #0059512, 441 Vine St., Cincinnati, Ohio 45202 This 10th day of Februaury 2004 by regular U.S. Mail.

/s/ David Billups
David Billups

-1-