**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   David Billups, #211-903
   Ross Correctional Institution
   PO Box 7010
   Chillicothe, OH 45601

2. Article Number
   *(Transfer from service label)*
   7003 1680 0000 0330 4849
   01-377 (Doc 148(150) SAS

PS Form 3811, August 2001  Domestic Return Receipt  102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]  ☒ Agent  ☐ Addressee

B. Received by *(Printed Name)*  C. Date of Delivery
   [name]  2-17-04

D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*  ☐ Yes