UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| David Billups,<br>     Plaintiff | Case No. C-1-01-377 |
| vs | |
| James McWeeney, et al.,<br>     Defendants | **ORDER**<br>(Spiegel, J.; Hogan, M.J.) |

    This matter is before the Court on plaintiff's motion for extension of time to respond to the Court's deficiency order of January 12, 2004. (Doc. 147). On February 10, 2004, the Court granted plaintiff's motion to withdraw his interlocutory appeal. (Doc. 144). Accordingly, the deficiency order is hereby **VACATED** and plaintiff's motion for extension of time is **DENIED** as moot.

    **IT IS SO ORDERED.**

Date:  2/20/2004            s/Timothy S. Hogan
                            Timothy S. Hogan
                            United States Magistrate Judge