**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   David Billups, #211-903
   Ross Correctional Institution
   PO Box 7010
   Chillicothe, OH 45601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  David Buckler  ☒ Agent  ☐ Addressee

B. Received by (Printed Name): D Buckler
C. Date of Delivery: 2-25-04

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7003 1680 0000 0330 4795
   1-337 (Doc 151) SAS

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540