UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| David Billups,<br>    Plaintiff | Case No. C-1-01-377 |
| vs | |
| James McWeeney, et al.,<br>    Defendants | **ORDER**<br>(Spiegel, J.; Hogan, M.J.) |

This matter is before the Court on plaintiff's motion to depose Dr. Dulan. (Doc. 145). The discovery plaintiff seeks through a deposition of Dr. Dulan relates to issues and claims already dismissed by the Court. See Doc. 133. Therefore, plaintiff's motion is **DENIED** as moot.

    **IT IS SO ORDERED.**


Date:  2/20/2004              s/Timothy S. Hogan
                                                                          Timothy S. Hogan
                                                                          United States Magistrate Judge