**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here: 3/9/04

C-1-01-377
Doc. 154

Sent To: DAVID BILLUPS 211-903
Street, Apt. No.; or PO Box No.: R.C.I. P.O. BOX 7010
City, State, ZIP+4: CHILLICOTHE, OH 45601

7001 2510 0000 6349 7478