FILED
JAMES BONINI
CLERK

2004 APR -8 PM 12: 48

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**DAVID BILLUPS,**
   **PLAINTIFF,**

CASE NO. C-1-01-377
JUDGE SPIEGEL
MAGISTRATE JUDGE

**HOGAN**
  -vs-

**JAMES McWEENEY, ET AL.,**
   **DEFENDANTS.**         /

### NOTICE OF CHANGE OF ADDRESS

Plaintiff, David Billups, brings notice to this Court of his new address:

David Billups
601 Dewdrop Circle, Apt. H
Cincinnati, Ohio
45240

Respectfully Submitted,

/s/ David Billups
David Billups
Dewdrop Circle, Apt H
Cincinnati, Ohio
45240

### CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing has been served to Counsel for Defendant at: Marianne Pressman #0059512, 441 Vine Street, Cincinnati, Ohio 45202 this 7th day of April 2004 by regular U.S. Mail.

/s/ David Billups
David Billups

1