| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Sharena Billups_ ☐ Agent ☒ Addressee<br>B. Received by (Printed Name): Sharena Billups  C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No |
| 1. Article Addressed to:<br><br>DAVID BILLUPS<br>601 DEWDROP CIRCLE<br>APT. H<br>CINCINNATI, OH 45240 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7002 0860 0006 5229 8740 |

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-0835

• Sender: Please print your name, address, and ZIP+4 in this box

CLERK, U.S. DISTRICT COURT
100 E. FIFTH STREET
ROOM 324
CINCINNATI, OH 45202

Doc. 156