UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DAVID BILLUPS,
  PLAINTIFF,

-vs-

JAMES McWEENEY, ET AL.,
  DEFENDANTS.        /

CASE NO. 1:01-CV-00377
JUDGE SPIEGEL
MAGISTRATE JUDGE HOGAN

### NOTICE OF APPEAL

Plaintiff, David Billups, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment of the District Court denying Plaintiff's case on April 27, 2004.

Respectfully Submitted,

/s/ *[signature]*
David Billups
601 Dewdrop Circle
Apt.#H
Forest Park, Ohio
45240

### CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing has been served to Counsel for Defendant at: Marianne Pressman#0059512, 441 Vine Street, Cincinnati, Ohio 45202 this 30th day of April 2004 by regular U.S. Mail.

/s/ *[signature]*
David Billups

1