# TRANSMISSION FORM

| | |
|---|---|
| **District Court:** SD of Ohio (Western Division) | **APPEAL INFORMATION to be completed by the Sixth Circuit** |
| **District Court Case No:** 1:01-cv-377 | **Court of Appeals Case No:** 04 3665 |
| **SHORT CAPTION**<br>David Billups<br>601 Dewdrop Circle<br>Apt.# H<br>Forest Park, OH 45240 | **Case Manager:** LINDA KANTER |
| **Plaintiff/Petitioner**<br>vs.<br>James McWeeney, et al<br>**Defendant/Respondent**<br><br>RECEIVED MAY -5 2004<br>Leonard Green Clerk<br><br>*provide pro se address IF NOT on the docket sheet | **Date Filed:**<br>FILED<br>MAY 19 2004<br>LEONARD GREEN, Clerk |
| **District Court Judge:** Spiegel<br>**Court Reporter(s):** | **Anything That Needs Special Attention**<br><br>Notice of Appeal(Doc.158) appealing Final Judgment(Doc.157) entered on 4/28/04 |
| **From Deputy Clerk:** Kendra Jordan<br>**Date:** 5/5/04 | |
| $255.00 Appeal Filing Fee Paid? **NO** | |

### RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) (including the pre-sentence report psi)    Volume(s)

Deposition(s)    Volume(s)        Exhibit(s)    Volume(s)

Transcript(s)    Volume(s)        **Sealed**    Volume(s)

    **Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: _____James Bonini_____
United States District Court

FILED
04 MAY 19 PM 12:09
JAMES BONINI
CLERK