No. 04-3665

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**

FEB 1 0 2005

LEONARD GREEN, Clerk

DAVID BILLUPS, )
 )
    Plaintiff-Appellant, )
 )
v. ) ORDER
 )
JAMES MCWEENEY, MD, et al., )  1:01cv377
 )  Spiegel
    Defendants-Appellees. )
 )

Before: MERRIT, MOORE, and GILMAN, Circuit Judges.

    The appellees have moved to dismiss this appeal as moot because of the death of the appellant, David Billups. Billups filed a prisoner civil rights action in June 2001. The district court dismissed the case in April 2004, and Billups appealed. The appellees submitted a police report indicating that Billups died on May 27, 2004. Accordingly, we grant the appellees' motion and dismiss the appeal.

ENTERED BY ORDER OF THE COURT

*Leonard Green*
Clerk

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By: [signature]
Deputy Clerk